942

No. 81–1040.  JACOB *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 81–1042.  CLEMENTS ET AL. *v.* LOGAN.  C. A. 4th Cir.  Certiorari denied.

No. 81–1045.  FENNER ET UX. *v.* GENERAL MOTORS CORP.  C. A. 5th Cir.  Certiorari denied.

No. 81–1051.  WEAVER *v.* BOWERS ET AL.  C. A. 3d Cir. Certiorari denied.

No. 81–1054.  BP OIL, INC., ET AL. *v.* BANKERS TRUST CO. ET AL.;
No. 81–1065.  VILLANEUVA COMPANIA NAVIERA, S.A. *v.* BANKERS TRUST CO. ET AL.; and
No. 81–1082.  BANKERS TRUST CO. ET AL. *v.* VILLA-NEUVA COMPANIA NAVIERA, S.A., ET AL.  C. A. 3d Cir. Certiorari denied.  Reported below: 651 F. 2d 160.

No. 81–1058.  MORTER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 81–1059.  WEINSTEIN *v.* UNITED STATES ET AL. C. A. 9th Cir.  Certiorari denied.

No. 81–1061.  GANLEY *v.* MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 81–1070.  WOOD, DBA NATIONAL PHOTO SERVICES *v.* MCEWEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 81–1073.  MOYER *v.* ELDER-BEERMAN STORES CORP. C. A. 6th Cir.  Certiorari denied.

No. 81–1074.  MIDWEST GROWERS COOPERATIVE ET AL. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.